UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA
_____

IN RE:

                                                    Case No: 13-42465

Randall and Lynette Steinhaus,

           Debtor(s).                               Chapter 13

_____

**NOTICE OF HEARING ON**
**PRE-CONFIRMATION MODIFIED PLAN**

Please take notice that a hearing on the pre-confirmation modified plan filed on July 29, 2013, will be presented to the court for confirmation on August 22, 2013, at 10:00 a.m. at U S Court Courtroom 8 West, 300 S 4th Street Minneapolis, MN 55415.

Dated this 29th day of July 2013.

                                                            HELLER & THYEN, P.A.

                                                    /s/ Robert S. Thyen
                                                    Robert S. Thyen – 032288X
                                                    Attorney for Debtor
                                                    606 25th Avenue South, Suite 110
                                                    St. Cloud, MN 56301
                                                    320-654-8000

**United States Bankruptcy Court**
**District of Minnesota**

| | |
|---|---|
| **IN RE:** | Case No. **13-42465** |
| **Steinhaus, Randall Glenn & Steinhaus, Lynette Ann** | Chapter **13** |
| Debtor(s) | |

## MODIFIED CHAPTER 13 PLAN
Dated: **July 29, 2013** .

**1. PAYMENTS BY DEBTOR TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **900.00** .
b. After the date of this plan, the debtor will pay the trustee $ **450.00** per **month** for **58** months, beginning August 2013 for a total of $ **26,100.00**. The minimum plan length is **[X]** 36 or **[ ]** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **27,000.00** [line 1(a) + line 1(b) + line 1(c)].

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **2,700.00** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| *Creditor* | *Monthly Payment* | *Number of Months* | *TOTAL PAYMENTS* |
|---|---|---|---|
| **Capital One Auto Finance** | 50.00 | 3 | 150.00 |
| TOTAL | | | **150.00** |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| *Creditor* | *Description of Property* |
|---|---|
| **Sprint** | **2 Year Cell Phone Contract** |
| **IRET Property** | **Apartment Lease** |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| *Creditor* | *Description of Claim* |
|---|---|
| **None** | |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. All following entries are estimates. The trustee will pay the actual amounts of default.

| *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
|---|---|---|---|---|---|
| **None** | | | | | |
| TOTAL | | | | | **0.00** |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. All following entries are estimates, except for interest rate.

| *Creditor* | *Amount of Default* | *Int. rate (if any)* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
|---|---|---|---|---|---|---|
| **None** | | | | | | |
| TOTAL | | | | | | **0.00** |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | Monthly Payment | Number of Payments | Payments on Account of Claim | Adequate Protection from ¶ 3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Capital One Auto Finance | 18,196.47 | 18,046.47 | 5.00 | 4 | 361.98 | 56 | 20,271.09 | 150.00 | 20,421.09 |
| TOTAL | | | | | | | | | 20,421.09 |

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| Heller & Thyen, P.A. | 2,500.00 | 96.16 | 1 | 26 | 2,500.00 |
| IRS | 187.45 | 37.49 | 55 | 5 | 187.45 |
| MN Department Of Revenue, Collection Div | 67.15 | 13.43 | 55 | 5 | 67.15 |
| TOTAL | | | | | 2,754.60 |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates*.

| Creditor | Int. Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | 0.00 |

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **1,124.31** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **208,659.17**.
c. Total estimated unsecured claims are $ **208,659.17** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

The debtor(s) shall provide the trustee with copies of his state and federal tax returns annually. They shall be entitled to retain $2,000 of the combined net state and federal tax refunds (excluding any earned income credit), and the balance shall be paid to the trustee as an additional plan payment.

The debtor(s) will file as and when due any and all post-petition federal tax returns of any kind; and will timely pay as and when due, any and all post-petition federal tax liabilities of any kind. Debtor(s) failure to file as and when due any and all post-petition federal tax returns of any kind; or failure to timely pay as and when due any and all post-petition federal tax liabilities of any kind, will constitute grounds for dismissal.

Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by any entity that holds a claim against the debtor(s) for taxes that become payable to a governmental unit while the case is pending. The trustee shall only pay 11 U.S.C. Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s)

was filed, and only to the extent funds are available.

As to the claims dealt with in paragraphs 5, 6, 7, and 8, in the event of the surrender, foreclosure, repossession, or return of the collateral to the creditor for any reason, the balance of the claim, if any, will be paid as an unsecured claim, discharged by the discharge granted pursuant to 11 USC 1328.

The debtor(s) shall not oppose any creditor claiming a purchase money security interest in and to household furnishings, from availing itself of its legal remedies under the Bankruptcy Code, namely, the submission of an application for relief from stay under 11 U.S.C. Sec. 362. Upon appropriate court order regarding relief from the automatic stay provisions of 11 U.S.C. Sec. 362, the debtor(s) shall not oppose a creditor from availing itself of any applicable state law remedies it believes are available for purposes of reclaiming the household furnishings. Upon appropriate order from the Stearns County Court, the debtor shall surrender the household furnishings to a creditor in compliance with such Stearns County Court Order, if any.

In the event of that any secured creditor is granted stay relief and or the surrender, repossession, or return of the collateral to the creditor for any reason, the balance of the claim, if any, will be paid as an unsecured non-priority claim in accordance with non-bankruptcy law, dischargeable upon completion of this Chapter 13 plan.

**14. SUMMARY OF PAYMENTS** –

| | |
|---|---:|
| Trustee's Fee [Line2] | $ **2,700.00** |
| Home Mortgage Defaults [Line 6(d)] | $ **0.00** |
| Claims in Default [Line 8(d)] | $ **0.00** |
| Other Secured Claims [Line 8(d)] | $ **20,421.09** |
| Priority Claims [Line 9(f)] | $ **2,754.60** |
| Separate Classes [Line 10(c)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **1,124.31** |
| TOTAL [must equal Line 1(d)] | $ **27,000.00** |

**Robert S Thyen 032288x**
**Heller & Thyen, P.A.**
**606 25th Ave S #110**
**St. Cloud, MN  56301-4810**

Signed: */s/ Randall Glenn Steinhaus*
         DEBTOR
Signed: */s/ Lynette Ann Steinhaus*
         DEBTOR (if joint case)

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                SIGNATURE DECLARATION

Steinhaus, Randall Glenn & Steinhaus, Lynette Ann                     Case No. 13-42465
                    Debtor(s)

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe: )

I [We], the undersigned debtor(s) or authorized representative of the debtor, **make the following declarations under penalty of perjury:**

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 7/29/13

x /s/ Randall Steinhaus                              x /s/ Lynette Steinhaus
Signature of Debtor or Authorized Representative     Signature of Joint Debtor

Steinhaus, Randall Glenn                             Steinhaus, Lynette Ann
Printed Name of Debtor or Authorized Representative  Printed Name of Joint Debtor

DATE RECEIVED: Jul 29 2013       TIME RECEIVED: 09:23AM       TOTAL SERVED: 35

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| IN RE: Randall Steinhaus | CASE NO: 13-42465 |
|---|---|
| Lynette Steinhaus | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |

On 7/29/2013, a copy of the following documents, described below,

Amended Service Letter,
Pre-Confirmation Hearing and Modified Plan
Signature Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Heller & Thyen PA
Robert S. Thyen
606 25th Avenue South Ste. 110
St. Cloud, MN  56301

```
LABEL MATRIX FOR LOCAL NOTICING        CAPITAL ONE N.A.                        ~~MINNEAPOLIS~~
0864-4                                 BASS & ASSOCIATES P.C.                  ~~301 U.S. COURTHOUSE~~
CASE 13-42465                          3936 E. FT. LOWELL RD SUITE #200        ~~300 SOUTH FOURTH STREET~~
DISTRICT OF MINNESOTA                  TUCSON AZ 85712-1083                    ~~MINNEAPOLIS MN 55415-1320~~
MINNEAPOLIS
MON JUL 29 12-37-26 CDT 2013

AMERICAN ACCOUNTS & ADVISORS INC       ANESTHESIA ASSOCIATES OF ST. CLOUD      ASSET ACCEPTANCE LLC
7460 80TH ST S                         PO BOX 725                              PO BOX 1630
COTTAGE GROVE MN 55016-3007            SAINT CLOUD MN 56302-0725               WARREN MI 48090-1630



ASSET ACCEPTANCE LLC                   BANK OF AMERICA                         BANK OF AMERICA N.A.
P.O. BOX 2036                          PO BOX 982238                           1750 REGAL ROW STE 120
WARREN MI 48090-2036                   EL PASO TX 79998-2238                   DALLAS TX 75235-2287



BUSINESS REVENUE SYSTEMS               CAP1POLRS                               CAPITAL ONE AUTO FINANCE
PO BOX 13077                           PO BOX 30253                            PO BOX 660068
DES MOINES IA 50310-0077               SALT LAKE CITY UT 84130-0253            SACRAMENTO CA 95866-0068



CENTRACARE CLINIC                      CENTRAL MN EMERGENCY PHYSICIANS         CAPITAL ONE AUTO FINANCE
1200 6TH AVE N                         1406 6TH AVE N                          9441 LBJ FREEWAY SUITE 350
SAINT CLOUD MN 56303-2736              SAINT CLOUD MN 56303-1901               DALLAS TX 75243-4652



DISCOVER FIN SVCS LLC                  DM AUTO FINANCE                         DISCOVER BANK
PO BOX 15316                           20023 EMPIRE RD                         DB SERVICING CORPORATION
WILMINGTON DE 19850-5316               CLEARWATER MN 55320-1640                PO BOX 3025
                                                                               NEW ALBANY OH 43054-3025



EYE SURGEONS & PHYSICIANS              FIA CARD SERVICES N.A.                  GURSTEL CHARGO
109 DOCTORS PARK                       P O BOX 982284                          6681 COUNTRY CLUB DR
SAINT CLOUD MN 56303-1207              EL PASO TX 79998-2284                   GOLDEN VALLEY MN 55427-4601



IRS                                    JC CHRISTENSEN & ASSOCIATES             MN DEPARTMENT OF REVENUE
CENTRALIZED INSOLVENCY                 PO BOX 519                              BANKRUPTCY SECTION
PO BOX 7346                            SAUK RAPIDS MN 56379-0519               PO BOX 64447
PHILADELPHIA PA 19101-7346                                                     SAINT PAUL MN 55164-0447



PHOENIX MANAGEMENT SYSTEMS             REGIONAL DIAGNOSTIC RADIOLOGY           SCHLENNER WENNER
PO BOX 3972                            PO BOX 7366                             PO BOX 1496
MINNEAPOLIS MN 55403-0972              SAINT CLOUD MN 56302-7366               SAINT CLOUD MN 56302-1496
```

```
SHELDON LAW OFFICE              SPRINT NEXTEL CORRESPONDENCE    ST CLOUD PATHOLOGISTS
PO BOX 7215                     ATTN BANKRUPTCY DEPT            1406 6TH AVE N
SAINT CLOUD MN 56302-7215       PO BOX 7949                     ST CLOUD MN 56303-1900
                                OVERLAND PARK KS 66207-0949


ST. CLOUD HOSPITAL              ST. CLOUD PATHOLOGISTS          US TRUSTEE
1406 6TH AVE N                  1406 6TH AVE N                  1015 US COURTHOUSE
SAINT CLOUD MN 56303-1901       SAINT CLOUD MN 56303-1900       300 S 4TH ST
                                                                MINNEAPOLIS MN 55415-3070


KYLE CARLSON                    LYNETTE ANN STEINHAUS           RANDALL GLENN STEINHAUS
PO BOX 519                      555 PARK MEADOWS DR APT 201     555 PARK MEADOWS DR APT 201
BARNESVILLE MN 56514-0519       WAITE PARK MN 56387-2415        WAITE PARK MN 56387-2415


ROBERT S. THYEN
HELLER & THYEN P.A.
606 25TH AVE SOUTH
SUITE 110
ST. CLOUD MN 56301-4810
```